UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WARREN P. KLINT,<br><br>    Plaintiff,<br><br>    v.<br><br>KING COUNTY SHERIFF'S OFFICE, et al.,<br><br>    Defendants. | Case No. C17-1622-JCC<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

Plaintiff, proceeding *pro se*, has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. Dkt. 1. After careful consideration of the application, the governing law and the balance of the record, the Court ORDERS as follows:

(1) Plaintiff's application to proceed IFP (Dkt. 1) is GRANTED. Plaintiff does not appear to have funds available to afford the $400.00 filing fee.

(2) The Clerk of the Court is directed to send a copy of this Order to plaintiff and to the Honorable John C. Coughenour.

DATED this 3rd day of November, 2017.

*/s/ James P. Donohue*

JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER
PAGE - 1